PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
2004 NOV 18  A 10: 28
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT |
| vs. | VIOLATIONS OF 18 U.S.C. § 2252A (a)(2) |
| ROBERT WAYNE FISCUS, | RECEIPT OF CHILD PORNOGRAPHY |
| Defendant. | |

Judge Dale A. Kimball
DECK TYPE: Criminal
DATE STAMP: 11/18/2004 @ 08:38:21
CASE NUMBER: 2:04CR00770  DAK

The Grand Jury charges:

## COUNT I

On or about September 11, 2004, in the Central Division of the District of Utah and elsewhere,

**ROBERT WAYNE FISCUS,**

defendant herein, did knowingly and intentionally receive child pornography that was mailed, shipped, or transported in interstate or foreign commerce by any means including

1

by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT II

On or about October 13, 2004, in the Central Division of the District of Utah and elsewhere,

ROBERT WAYNE FISCUS,

defendant herein, did knowingly and intentionally receive child pornography that was mailed, shipped, or transported in interstate or foreign commerce by any means including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

_____
MICHELE M. CHRISTIANSEN
Assistant United States Attorney

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

**OFFENSE CHARGED**
RECEIPT OF CHILD PORNOGRAPHY

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Salt Lake County
Central Division
District of Utah

U.S.C. Citation
18 : 2252A(a)(2)

Name of District Court, and/or Judge/Magistrate Location (City)
FILED
CLERK, U.S. DISTRICT COURT
CENTRAL — DISTRICT OF UTAH
2004 NOV 18  A 10: 28
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

DEFENDANT — U.S. vs.
▶ ROBERT WAYNE FISCUS

Address

Birth Date
(Optional unless a juvenile)

☐ Male    ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Scott Snyder - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Paul M. Warner
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
MICHELE CHRISTIANSEN

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding
     If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction        ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed
Mo.   Day   Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶
Mo.   Day   Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Please issue a WARRANT for subject. Subject is in custody of the United States Marshal.

Judge Dale A. Kimball
DECK TYPE: Criminal
DATE STAMP: 11/18/2004 @ 08:38:21
CASE NUMBER: 2:04CR00770  DAK