# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Samuel Alba

COURT REPORTER: Electronic
COURTROOM DEPUTY: Stephanie Schaerrer
INTERPRETER:

DATE: 11/24/04

TAPE NO. 86

CASE NO. 2:04-CR-770 DAK

LOG NO. 777 - 1096

USA vs Robert Wayne Fiscus

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Michele M. Christiansen, AUSA
Dft     Kris Angelos
US PO   Meggen VanSciver

MATTER SET: Initial Appearance, Arraignment, Pretrial Conference

DOCKET ENTRY:

    Defendant present in custody. Charges, rights and penalties explained. The Federal Public Defenders office represents the defendant in another case and was appointed to this case. Order appointing counsel executed. Defendant waived formal reading of the Indictment, plea of NOT GUILTY entered. 3 day jury trial set to begin on 2/2/05 at 8:30am, see pretrial order for other dates. Defendant has been detained in an outstanding case. Court ordered the defendant detained pending trial. Order of detention executed.

