PAUL M. WARNER, United States Attorney (#3389)
KARIN FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

```
                FILED
         U.S. DISTRICT COURT

         2005 AUG -1  A 10: 54

          DISTRICT OF UTAH

         BY:_____
              DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.2: 04 CR 770 DAK |
| Plaintiff, | |
| vs. | MOTION FOR LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT. |
| ROBERT WAYNE FISCUS, | |
| Defendant. | Hon. Dale A. Kimball |

The United States Attorney for the District of Utah, pursuant to Fed.R.Crim.P. 48(a), hereby moves for leave of court to file a dismissal without prejudice on the Indictment in the above referenced matter. This request is for good cause and is in the interest of justice.

DATED this _1st_ day of _August_, 2005.

PAUL M. WARNER
United States Attorney

_/s/ Karin M. Fojtik_
KARIN M. FOJTIK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing MOTION FOR LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT was mailed, postage prepaid to all parties named below, this _1st_ day of ____August____, 2005.

Gary Weight
PO Box L
Provo, Utah 84603

_____